United States District Court
Southern District of Texas
**ENTERED**
August 04, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| STEVE GILLEY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:26-CV-00021 |
| | § | |
| VICTORIA COUNTY JAIL, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER ADOPTING MEMORANDUM & RECOMMENDATION**

Before the Court is Magistrate Judge Julie K. Hampton's Memorandum and Recommendation ("M&R"). (D.E. 22). The M&R recommends that the Court:

- Dismiss with prejudice Plaintiffs § 1983 claims against Defendants Victoria County Jail and Victoria County Medical Department as frivolous and/or for failure to state a claim; and
- Dismiss without prejudice Plaintiff's claims for money damages against each named individual defendant sued in his or her official capacity.

(D.E. 22, p. 1).

The Parties were provided proper notice of, and the opportunity to object to, the Magistrate Judge's M&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); General Order No. 2002-13. No objection has been filed. When no timely objection has been filed, the district court need only determine whether the Magistrate Judge's M&R is clearly erroneous or contrary to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (per curiam); *Powell v. Litton Loan Servicing, L.P.*, No. 4:14-CV-02700, 2015 WL 3823141, at *1 (S.D. Tex. June 18, 2015) (Harmon, J.) (citation omitted).

Having reviewed the proposed findings and conclusions of the Magistrate Judge, the filings of the Parties, the record, and the applicable law, and finding that the M&R is not clearly erroneous or contrary to law, the Court **ADOPTS** the M&R in its entirety. (D.E. 22). Accordingly, the Court **DISMISSES with prejudice** Plaintiff's § 1983 claims against Defendants Victoria County Jail and Victoria County Medical Department as frivolous and/or for failure to state a claim. The Court further **DISMISSES without prejudice** Plaintiff's claims for money damages against each named individual defendant sued in his or her official capacity. The Court **RETAINS** Plaintiff's Eighth Amendment deliberate indifference claims against Deputy Thompson, Deputy West, Deputy Penny, Deputy Lackey, Doctor Robertson, Doctor McNell, Nurse Tammy Dodds, Nurse Gayle, and Nurse Maddison in their individual capacities.

SO ORDERED.

DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
August 4th, 2026